RECEIVED
AUG 1 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARGARET HAYS-BARMANN | CIVIL ACTION NO. 04-0827 |
| versus | JUDGE WALTER |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits be **REVERSED** and that this case be **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12 day of August 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE