RECEIVED
FEB 17 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARGARET HAYS-BARMANN | CIVIL ACTION NO. 04-827 |
| versus | JUDGE WALTER |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Award of Attorney's Fees (Doc. 21) is **GRANTED**, and the United States is ordered to pay Plaintiff out-of-pocket costs in the amount of $150.00 plus attorney fees in the amount of $4,968.75 (39.75 hours at $125 per hour), for a total fee and cost award of $5,118.75.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___ day of _____, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE